1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff SCOTT JOHNSON

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                          )  Case No.: 5:20-CV-01748-SVK
                                           )
10         Plaintiff,                      )
                                           )  **NOTICE OF SETTLEMENT AND
11      v.                                 )  REQUEST TO VACATE ALL
                                           )  CURRENTLY SET DATES**
12                                         )
   CONG THANH LLC, a California            )
13 Limited Liability Company; TAQUERIAS    )
   EL FAROLITO INC., a California          )
14 Corporation; and Does 1-10,             )
                                           )
15                                         )
           Defendants.                     )
16                                         )

17

18     The plaintiff hereby notifies the court that a global settlement has been reached in

19 the above-captioned case and the parties would like to avoid any additional expense,

20 and to further the interests of judicial economy.

21     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

23 parties, will be filed within 60 days.

24

25                                       CENTER FOR DISABILITY ACCESS

26 Dated: July 1, 2020                    /s/Amanda Seabock
                                          Amanda Seabock
27                                        Attorney for Plaintiff

28

Notice of Settlement                -1-                       5:20-CV-01748-SVK